UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS ESCOBAR GONZALEZ and RENE
GALLEGOS, Individually and on behalf of all
others similarly situated,

                Plaintiffs,

  - against -                                          **JUDGMENT**
                                                              CV 21-6785 (GRB) (SIL)

MONTAUK PLUMBING & HEATING LLC,
MONTAUK PLUMBING & HEATING SUPPLY
CORP., and JOHN LOTITO,

                Defendants.
-----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on October 12, 2023, accepting Defendants' October 12, 2023 offer to allow entry of judgment against them, jointly and severally, in the amount of $115,000.00 inclusive of any and all attorneys' fees and costs, and damages, including without limitation, liquidated damages, to which Plaintiffs may be entitled, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Luis Escobar Gonzalez, Rene Gallegos, and Omar Vera Leon against Defendants Montauk Plumbing & Heating LLC, Montauk Plumbing & Heating Supply Corp., and John Lotito, jointly and severally, in the amount of $115,000.00 inclusive of any and all attorneys' fees and costs, and damages, including without limitation, liquidated damages, to which Plaintiffs may be entitled; and that this case is closed.

Dated: October 17, 2023
       Central Islip, New York

                                                                   BRENNA B. MAHONEY
                                                                   CLERK OF COURT

                                                     By:    /s/ James J. Toritto
                                                                       Deputy Clerk